# In the United States Court of Federal Claims

No. 18-1395 C
Filed: February 3, 2021

|  |  |
|---|---|
| FOX LOGISTICS & CONSTRUCTION COMPANY, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| *Defendant*. | ) ) |

## SCHEDULING ORDER

Remote oral argument on Defendant's renewed Motion to Dismiss (ECF No. 53) is scheduled for February 22, 2021, at 11:00 a.m. EST via videoconference. Instructions regarding participation in the videoconference will be forwarded to the parties by the Court.

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
Edward H. Meyers
Judge